**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re

RAHUL DEV MANCHANDA,                                            24 **CIVIL** 8387 (PMH)

                         Debtor.                                    **JUDGMENT**

-----------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated January 2, 2025, the Government's motion to dismiss the appeal

pursuant to FRBP 8002(a) is granted. In the event that Appellant elects to proceed *in forma*

*pauperis* on appeal from this Order, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that

any such appeal would not be taken in good faith and therefore denies *in forma pauperis* status.

*See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). Accordingly, the case is closed.

**Dated:**  New York, New York

        January 2, 2025


                                        **TAMMI M. HELLWIG**
                                        **Clerk of Court**

                        **BY:**

                                        _____
                                        **Deputy Clerk**